UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
JAN 13  2 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN.

**MARCIAL NAPOLES**

      Petitioner    :

                        :    CIVIL NO:3:02CV2116 (PCD)

                        :

**IMMIGRATION AND
NATURALIZATION SERVICE and
JOHN ASHCROFT, ATTORNEY GENERAL**

      Respondents

                        :    January 10, 2004

## PETITIONER'S REQUEST FOR ADDITIONAL LEGAL ASSISTANCE

Counsel in the above referenced matter has been contacted by the Petitioner in regards to his current state of detention. Petitioner has requested additional research and possible motions regarding his request for relief that was previously denied by Judge Dorsey on July 22, 2003. The Petitioner has cited a recent decision by the Honorable Judge Dorsey that requires review and may be applicable to Petitioner's request for release now that his State sentence has expired. We therefore request that I be re-appointed in my capacity as CJA counsel for the above referenced purpose. (See correspondence from Petitioner attached as Exhibit A.)

Respectfully submitted,

Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

## CERTIFICATION

I hereby certify that copies of the foregoing Request for Additional Legal Representation were mailed to the following parties of record on June 25, 2003 as follows:

Attorney William M. Brown, Jr.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

District Court of Connecticut
Civil Clerk's Office
141 Church Street
New Haven, CT 06510

Marcial Napoles #257850
P.O. Box 100
Somers, CT 06071

_____
Gerald L. Harmon, Esq.

**EXHIBIT A**

Gerald Harmon, Attorney
280 Pratt Street
Meriden, CT 06450

1-1-04
Tuesday

Dear Mr. Harmon:

    I am writing to request your additional Time & Trouble regarding my INS case Civil No. 3:02 CV 2116 (PCD) (USDC New Have). I have recently become aware of an exact identical situation as mine, in which a Cuban detainee who was incarcerated for felony assault first was ordered by a federal Judge to be released from custody. His name is Maike Labrada Cruz and his INS file number is 3:03 CV 1093 (JBA) His case was ruled on by Hon. Peter Dorsey in the U.S District Court in Hartford on or around 12/23/03, because Mr. Labrada was released last week.

    I urge you to review Mr. Labrada case to see what arguments his attorney used to persuade Hon. Dorsey to order Mr. Labrada release from custody and, on my behalf file an appeal to Hon. Dorsey's denial of 7/22/03 to your writ of Habeaus Corpus based on whatever arguments were used by Mr. Labrada's attorney. I cannot stress enough the similarities between Mr. Labrada case and my own — in fact Mr. Labrada's criminal history is even worse than my own, yet he was released.

(Page 1 of 2)

Please help me with this matter and contact me. I know you can help if you just review the Labrada's case. I hope the previous denial by Hon. Dorsey means you have not given up on this.

Yours Marcial Napoles

Marcial Napoles #257850
Osborn Corr. Inst,
P.O Box 100
Somers, CT 06071

Marcial Nopoles #257850
P.O. Box 100
Osborn Corr. Inst.
Somers, CT 06071

LEGAL MAIL

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

Gerald L. Harmon
Attorney-at-Law
290 Pratt Street
Meriden, CT 06450

FREE POSTAGE

HARTFORD CT
02 JAN PM
2004

0004306890   JAN 02 2004
MAILED FROM ZIP CODE 06083
$00.37