UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCIAL NAPOLES,
    Petitioner,

-vs-   : Civil No. 3:03cv2119 (PCD)

IMMIGRATION AND
    NATURALIZATION SERVICE
    Respondent.

## RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Petitioner's request for additional legal assistance in case number 3:02cv2116(PCD) is construed as a motion for appointment of counsel in case number 3:03cv2119(PCD). Case number 3:02cv2116(PCD) is a closed case. Petitioner recently filed another petition, case number 3:03cv2119(PCD), which apparently raises the same issues ruled on in his earlier case. An order to show cause was issued January 7, 2004, ordering Petitioner to show on or before January 30, 2004, how his presently filed writ of habeas corpus differs from his previously filed one and why it should not be barred as already having been considered and ruled on by the Court [Doc. No. 3].

The clerk is hereby directed to docket Petitioner's request for legal assistance as a motion for appointment of counsel in case number 3:03cv2119(PCD). As Petitioner has already demonstrated his eligibility for court appointed counsel, his motion is **granted**, and Attorney Gerald Lewis Harmon, who pursuant to the CJA represented Petitioner in his previous case and has filed the present motion on behalf of Petitioner, is appointed as counsel.

SO ORDERED.

Dated at New Haven, Connecticut, January 16, 2004.

Peter C. Dorsey
United States District Judge